**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| EMILY THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Defendant. | 1:25-cv-2241 |

**SHOW CAUSE/STATUS REPORT**

COMES NOW the plaintiff, Emily Thomas ("Plaintiff"), by and through her undersigned counsel, pursuant to the Court's January 28, 2026 Order (Dkt No. 8), states as follows:

1. Plaintiff and the defendant, Federal Home Loan Mortgage Corporation ("Defendant") have resolved the above-styled matter to the parties' mutual satisfaction.

2. The parties are in the process of effectuating that resolution.

3. The parties will present a dismissal order dismissing this matter, with prejudice, no later than February 5, 2026.

WHEREFORE, the plaintiff, Emily Thomas, respectfully requests that the Court take no further action with respect to the above-styled matter before February 5, 2026, and grant Plaintiff such other and further relief as the Court deems necessary and proper.

Respectfully submitted,

*/s/ Broderick C. Dunn*

Broderick C. Dunn (VSB No. 74847)
Dunn Craig & Francuzenko, PLLC
(Formerly Cook Craig & Francuzenko, PLLC)
3251 Blenheim Boulevard, Suite 404
Fairfax, Virginia 22030
(T) 703-865-7480
(F) 703-434-3510
bdunn@duncraig.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January, 2025, I served a copy of the foregoing on the following using the Court's CM/ECF system:

Maureen R. Knight, Esquire
Mariah A. Henry, Esquire
Constangy, Brooks, Smith & Prophete, LLP
12500 Fair Lakes Circle, Suite 300
Fairfax, Virginia 22033
mknight@contstangy.com
mhenry@constangy.com
*Counsel for Defendant*

*/s/ Broderick C. Dunn*